IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ORCHESTRATE HR, INC.** and **VIVATURE, INC.,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CASE NO. 5:19-cv-04009 |
| | § § | |
| **BLUE CROSS AND BLUE SHIELD OF KANSAS,** | § § § § | |
| *Defendant.* | § § | **JURY TRIAL DEMANDED** |

### ORCHESTRATE HR, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Orchestrate HR, Inc. states the following;

1. There is no parent company of Orchestrate HR, Inc.; and

2. No publicly held corporation owns 10% or more of the stock of Orchestrate HR, Inc.

**DATED:** January 29, 2019.

Respectfully submitted,

/s/ Timothy A. Shultz
Timothy A. Shultz, KS # 16060
Goodell Stratton Edmonds & Palmer, LLP
515 S. Kansas Ave.
Topeka, KS 66603
Telephone: (785) 233-0593
Facsimile: (785)233-8870
tshultz@gseplaw.com