

515 S Kansas Ave | T 785.233.0593
Topeka, KS 66603 | F 785.233.8870
WWW.GSEPLAW.COM | E gsep@gseplaw.com

August 26, 2019

Clerk of the U.S. District Court of Kansas
444 SES Quincy St, #490
Topeka, KS 66683

Re: Case Number 5:19-04007-SAC-TJJ

Clerk of the U.S. District Court:

In accordance with D. Kan. Rule 7.1(f), Vivature respectfully brings the following supplemental authority to the Court's attention. BCBSKS has asked this Court to apply Texas law and, specifically, to apply the Texas Citizens Participation Act ("TCPA"), a Texas State statute, to dismiss Vivature's entire lawsuit. (Doc. 13 pp. 3-6). On April 8, 2019, Vivature filed an Expedited Motion to Determine the Applicability of the TCPA with a Memorandum of Law in Support of its motion. (Doc. 17 and Doc 18) Vivature argued that the TCPA is state procedural law that is not applicable in federal court. (Doc. 18 p. 6). Moreover, Vivature noted the fact that the majority of Texas district courts who have considered the TCPA's applicability in federal diversity cases have found that it does not apply because it conflicts with the Federal Rules of Civil Procedure. (Doc. 18 pp. 4-6)

On August 23, 2019, the Fifth Circuit held that the TCPA does not apply in Federal Court diversity cases. The 5th Circuit held that because the TCPA's burden-shifting framework imposes additional requirements beyond those found in Rules 12 and 56 and answers the same question as those rules, the state law cannot apply in federal court. *Klocke v. Watson*, No. 17-11320 (5th Cir.) (opinion attached hereto as Exhibit 1). Furthermore, because the TCPA imposes evidentiary

PARTNERS
N. LARRY BORK[2]
NATHAN D. LEADSTROM[1]
MIRANDA K. CARMONA
TIMOTHY A. SHULTZ[3]
CYNTHIA J. SHEPPEARD
DAVID P. O'NEAL

OF COUNSEL
ARTHUR E. PALMER[1]
GERALD J. LETOURNEAU
PATRICK M. SALSBURY
H. PHILIP ELWOOD

SPECIAL COUNSEL
WESLEY A. WEATHERS[1]
SUSAN L. MAUCH

ASSOCIATES
WHITNEY L. CASEMENT
SAMUEL R. FEATHER

RETIRED
GERALD L. GOODELL
WAYNE T. STRATTON

DECEASED
ROBERT E. EDMONDS (1932-2001)

[1]ALSO ADMITTED IN MO
[2]ALSO ADMITTED IN MO, NE & OK
[3]ALSO ADMITTED IN MO, NE & MN

U.S. District Court Clerk
RE: Case Number 5:19-04007-SAC-TJJ
August 26, 2019
Page 2

---

weighing requirements not found in the Federal Rules, and operates largely without pre-decisional discovery, it conflicts with those rules. *Id.* at p. 7-8.

Vivature appreciates the opportunity to bring this supplemental authority, which directly addresses the issue of the applicability of the TCPA in this case, to the Court's attention.

Respectfully submitted,

/s Jose M. Portela
Jose M. Portela
jose@beckham-group.com
Blake L. Beckham
blake@beckham-group.com
THE BECKHAM GROUP, P.C.
3400 Carlisle, Suite 550
Dallas, Texas 75204
Telephone: (214) 965-9300
Facsimile: (214) 965-9301

Timothy A. Shultz
tshultz@gseplaw.com
Goodell Stratton Edmonds & Palmer, LLP
515 S. Kansas Ave.
Topeka, KS 66603
Telephone: (785) 233-0593
Facsimile: (785)233-8870

***ATTORNEYS FOR PLAINTIFFS***