IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ORCHESTRATE HR, INC. and VIVATURE, INC., ) ) ) Plaintiffs, ) ) vs. ) ) BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., ) ) ) Defendant. ) ) | Case No. 5:19-CV-4007-HLT-TJJ |

## NOTICE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL RULE 26(A)(1) DISCLOSURES AND DOCUMENTS

Plaintiffs, Orchestrate HR, Inc. and Vivature, Inc., hereby provide notification that they have timely served Plaintiffs' First Supplemental Disclosures Pursuant to Rule 26(A)(1) of the Federal Rules of Civil Procedure and supplemental documents labeled VIVATURE0017727 by electronic mail on the 7th day of February, 2022, to opposing counsel of record.

Respectfully Submitted,

*/s/ Brenda L. Head*
Brenda L. Head, #15657
FRIEDEN & FORBES, LLP
1414 SW Ashworth Pl., Ste. 201
Topeka, KS  66604
(785) 354-1100 Telephone; (785)354-1113 Facsimile
bhead@fflawllp.com

and

Jose M. Portela, admitted *Pro Hac Vice*
jose@stantonllp.com
Texas State Bar No. 90001241
Theresa L. Melia, admitted *Pro Hac Vice*
tmelia@stantonllp.com
Texas State Bar No. 24099719
STANTON, LLP
1717 Main Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 996-0209; Facsimile: (972) 692-6812
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing documents have been delivered to the following counsel as follows on February 8, 2022.

Jason Cross
Spencer Fane LLP- Dallas
2200 Ross Ave., Suite 4800 West
Dallas, TX  75201
jcross@spencerfane.com
**ATTORNEYS FOR DEFENDANT**

Casey P. Murray
Spencer Fane, LLP – KC, MO
1000 Walnut St., Suite 1400
Kansas City, MO  64106
cmurray@spencerfane.com
**ATTORNEYS FOR DEFENDANT**

J. Nick Badgerow
Spencer Fane, LLP – Overland Park
6201 College Blvd, Suite 500
Overland Park, KS  66211
nbadgerow@spencerfane.com
**ATTORNEYS FOR DEFENDANT**

*s/ Brenda L. Head*
Brenda L. Head, #15657