# Affidavit of Process Server

**Case #:** 5:19CV4007HLT

**Plaintiff/Petitioner:** Orchestrate HR Inc, et al
**vs.**
**Defendant/Respondent:** Blue Cross and Blue Shield, et al

Being duly sworn, on my oath, I **Andrew Raphael** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Blue Cross and Blue Shield Assoc.** (NAME OF PERSON/ENTITY BEING SERVED)

with the (documents):
☒ Subpoena with $ 0 witness fee and mileage
☒ Schedule A and Attachment A-1

by serving (NAME) **Susan Varisco, Paralegal**
☐ Home
☒ Business **225 N. Michigan, Chicago IL**
☒ on (DATE) **2/9/22** at (TIME) **9:38 am**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) ____
From (CITY) ____ (STATE) ____

**Manner of Service:**
☒ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Susan Varisco**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: ____
☐ Address does not exist  ☐ Service cancelled by litigant
☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ( ) ( ) ( ) ( ) ( )

**Description:**
☒ Female  ☒ White  ☒ Gray Hair  ☒ 5'4"-5'8"  ☒ 100-130 Lbs.
☒ Glasses

OTHER IDENTIFYING FEATURES: ____

State of Illinois  County of Cook

Subscribed and sworn to before me, A notary public, this 9th day of Feb 2022

**Notary Public:** Bethzaida Perez
OFFICIAL SEAL — BETHZAIDA PEREZ — NOTARY PUBLIC - STATE OF ILLINOIS — MY COMMISSION EXPIRES 07/22/22

SERVED BY LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS